UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

STEVEN J. HATFILL,

        Plaintiff,

  -against-                                      04 Civ. 9577 (CM)(GAY)

DONALD FOSTER, et al.,

        Defendant.

----------------------------------------x

## SEALING ORDER

McMahon, J.:

       The Court, responding to the letter from the Department of Justice dated January 18, 2006, makes the following order:

       1. The Letter from the Department of Justice dated January 18, 2006 shall be publicly filed.

       2. The Declaration from Stevan E. Bunnell, Chief of the Criminal Division of the United States Attorney's Office for the District of Columbia, shall be accepted *ex parte* and filed under seal.

       3. If the Court requires access to the Ex Parte Declaration from Michael A. Mason, I will so advise the Justice Department and Assistant United States Attorney O'Toole of the Southern District of New York.

Dated: January 19, 2006

                                                            _____
                                                                         U.S.D.J.

BY FAX TO:

    Elizabeth J. Shapiro, Esq. (202-616-8470)
    Andrew D. O'Toole, AUSA (212)637-2717
    Jay Ward Brown, Esq.
    Thomas G. Connelly, Esq.
    Kevin Goering, Esq.
    Laura R. Handman, Esq.